IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 09-cr-00509-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     ERIK SANCHEZ-CRISTOBAL,
2.     MARCO ANTONIO GARCIA-GARCIA, a/k/a "Tono," and
3.     ENRIQUE HERNANDEZ-GARCIA, a/k/a "Kiki,"

      Defendants.

## ORDER TO SET STATUS/SCHEDULING CONFERENCE

Pursuant to a telephone conference between counsel and Chambers staff, a status/scheduling conference is set for **February 10, 2010 at 4:00 p.m.** in Courtroom A602 of the Arraj Courthouse.  As previously set forth, a new trial date may be set at this status conference.

      DATED:  January   14  , 2010

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge