**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00509-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      ERIK SANCHEZ-CRISTOBAL,
2.      MARCO ANTONIO GARCIA-GARCIA, a/k/a "Tono," and
3.      ENRIQUE HERNANDEZ-GARCIA, a/k/a "Kiki,"

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

      This matter is before the Court *sua sponte*. At the scheduling conference this afternoon in this matter, only Defendant Sanchez-Cristobal was present. Pursuant to an agreement between all counsel and Chambers staff, the scheduling conference set for February 10, 2010 is hereby RESCHEDULED to **February 11, 2010 at 1:30 p.m.** All Defendants shall be present at this scheduling conference.

      DATED: February 10, 2010