**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00509-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ERIK SANCHEZ-CRISTOBAL,
2.    MARCO ANTONIO GARCIA-GARCIA, a/k/a "Tono," and
3.    ENRIQUE HERNANDEZ-GARCIA, a/k/a "Kiki,"

    Defendants.

---

**ORDER TO DISCLOSE GRAND JURY MATERIAL TO DEFENDANTS**

---

This matter is before the Court on Defendant Hernandez-Garcia's Unopposed Motion to Disclose Copies of Grand Jury Materials To All Defendants (Doc. # 48), pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i). Having reviewed the motion and being otherwise fully advised, the Court finds that good and sufficient cause supports the same. It is, therefore,

ORDERED that the Defendant's motion is granted, and copies of the transcripts of testimony given by witnesses before the grand jury may be disclosed to the attorneys <u>for all Defendants in this matter</u>. It is

FURTHER ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to Defendants Sanchez-Cristobal, Garcia-Garcia and Hernandez-Garcia, and to their respective attorneys; that the defense

attorneys shall maintain custody of such materials, and shall not reproduce or dissemi-

nate the same; and that such materials shall be returned to the United States at the end

of the case.

DATED:  February __17__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge